VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00074 DAD |
| Plaintiff, | STIPULATION TO MODIFY DEFENDANT FLORES DE LA RIVA'S CONDITIONS OF RELEASE; ORDER |
| v. | |
| RAFAEL FLORES DE LA RIVA, | |
| Defendant. | |

TO THE HONORABLE COURT:

    WHEREAS, Defendant Rafael Flores De La Riva is currently on pretrial release per this Court's Order dated March 26, 2019 (Dkt. No. 18); and

    WHEREAS, one of his current conditions of release, Condition No. 7(k), imposes home incarceration and electronic monitoring, among other restrictions on the defendant's liberty;

    WHEREAS, Defendant and the Government have agreed that the defendant requires flexibility to assist with transportation of his children and other family obligations since his wife is now working outside the home; and

1

WHEREAS, the parties are informed of the defendant's positive performance during his six months in pretrial release and that Pretrial Services has no objections to the requested modifications; and

WHEREAS, Pretrial Services Officer Frank Guerrero has no objections to this request.

IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition No. 7(k) be amended to remove the home incarceration requirement and add the following sentences: "You are restricted to your residence every day from 9:00 pm to 6:00 am, or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations. All other conditions not in conflict with this order shall remain in full force and effect."

Dated: September 27, 2019          /s/ Virna L. Santos_____
                                   VIRNA L. SANTOS
                                   Attorney for Defendant
                                   Rafael Flores De La Riva

Dated: September 27, 2019          /s/ Jessica Massey_____
                                   JESSICA MASSEY
                                   Assistant U.S. Attorney
                                   On Behalf of the United States of America

## **ORDER**

IT IS SO ORDERED.

Dated:  **September 27, 2019**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE