VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Province Dr.
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>RAFAEL FLORES DE LA RIVA,<br><br>        Defendant | Case No.: 1:19-CR-00074 DAD<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |

TO THE HONORABLE COURT:

       WHEREAS, Defendant Rafael Flores De La Riva is currently on pretrial release per this Court's Order dated September 27, 2019 (Dkt. No. 35); and

       WHEREAS, one of his current conditions of release, Condition No. 7(k), imposes a curfew restricting the defendant to his residence every day from 9:00 pm to 6:00 am, or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations, as well as electronic monitoring; .

       WHEREAS, Defendant and the Government have agreed that the defendant requires additional flexibility to work, assist with transportation of his children and fulfill other family obligations; and

       WHEREAS, the parties are informed of the defendant's positive performance during his nearly 28 months in pretrial release and that Pretrial Services Officer Frank Guerrero has no objections to the requested modifications;

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER- 1

IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition No. 7(k) be amended to a new curfew of 11:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment, or court-ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

Dated: July 13, 2021
/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant
Rafael Flores De La Riva

Dated: July 13, 2021
/s/ Jessica Massey
JESSICA MASSEY
Assistant U.S. Attorney
On Behalf of the United States of America

ORDER

Pursuant to the parties' stipulation, Defendant's pretrial release Condition No. 7(k) shall be amended to a new curfew of 11:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment, or court-ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

Dated: **July 14, 2021**
/s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE