VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL FLORES DE LA RIVA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00074 DAD<br>STIPULATION AND PROPOSED ORDER RE:  PERMISSION FOR RAFAEL FLORES DE LA RIVA TO ATTEND RELIGIOUS RETREAT; ORDER |

TO THE HONORABLE COURT:

　　　　WHEREAS, Defendant Rafael Flores De La Riva is currently on pretrial release per this Court's Order dated March 26, 2019 (Dkt. No. 18); and

　　　　WHEREAS, defendant is subject to a curfew and electronic monitoring pursuant to Condition No. 7(k) per this court's order dated July 14, 2021 (Dkt. 56), unless otherwise approved in advance by the Pretrial Services office or supervising officer;

　　　　WHEREAS, Defendant requests permission to attend a religious retreat in Perris, California from Friday, November 12, 2021 until Sunday, November 14, 2021, that include two overnight stays (See Exhibit 1) during which he will not be electronically monitored;

　　　　WHEREAS, AUSA Jessica Massey does not object to this request; and

STIPULATION; PROPOSED ORDER

1

WHEREAS, the parties are informed of the defendant's positive performance during his nearly 32 months in pretrial release;

IT IS HEREBY STIPULATED that the Defendant may travel to Perris, California to attend the religious retreat from Friday, November 12, 2021 until Sunday, November 14, 2021.

**IS SO STIPULATED.**

Dated: November 5, 2021           /s/ Virna L. Santos
                                  VIRNA L. SANTOS
                                  Attorney for Defendant
                                  Rafael Flores De La Riva

Dated: November 5, 2021           /s/ Jessica Massey
                                  JESSICA MASSEY
                                  Assistant U.S. Attorney
                                  On Behalf of the United States of America

**ORDER**

IT IS HEREBY STIPULATED that the Defendant may attend a religious retreat in Perris, California from Friday, November 12, 2021 until Sunday, November 14, 2021, including overnight stays.  All other pretrial release conditions remain in full effect.

**IT IS SO ORDERED.**

Date: 11/5/2021                   /s/ Sheila K. Oberto
                                  SHEILA K. OBERTO
                                  United States Magistrate Judge

STIPULATION; PROPOSED ORDER