VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for Rafael Flores-De La Riva

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00074-DAD-BAM |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| RAFAEL FLORES DE LA RIVA, | |
| Defendant. | |

Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves

for an order allowing her to withdraw as counsel of record and for the appointment of new

counsel to represent RAFAEL FLORES-DE LA RIVA.  As grounds she states:

1.  Virna L. Santos was appointed to represent defendant on March 22, 2019:

2.  At the time of appointment the undersigned was a member of the Criminal Justice

    Act Panel for the Eastern District of California.

3.  Undersigned counsel has accepted a judicial appointment to the Fresno County

    Superior Court, and consequently, must close her private practice.

4.  Defendant RAFAEL FLORES-DE LA RIVA is still in need of counsel.  The

    Federal Public Defender has contacted attorney Richard M. Oberto who is

    available to assume representation.

5.  Accordingly, undersigned counsel requests that she be permitted to withdraw and

that new counsel, Richard M. Oberto (rmoberto@gmail.com), be appointed.

Undersigned counsel requests that she be removed from the service list.

DATED: April 21, 2022                         /s/ Virna L. Santos
                                              VIRNA L. SANTOS
                                              Attorney for Defendant
                                              RAFAEL FLORES-DE LA RIVA


## ORDER

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED

and her name should be removed from the service list.  Attorney Richard M. Oberto is

hereby appointed as counsel *nunc pro tunc* as of April 20, 2022.


IT IS SO ORDERED.


Dated:   **April 22, 2022**          _____
                                     UNITED STATES DISTRICT JUDGE