PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>RAFAEL FLORES-DeLaRIVA,<br><br>       Defendant. | CASE NO. 1:19-CR-00074-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>CURRENT DATE: August 10, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on August 10, 2022.

2. By this stipulation, defendants now move to continue the status conference until December 14, 2022, and to exclude time between August 10, 2022, and December 14, 2022, under Local Code T4.

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendants ultimately do not enter a guilty plea and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

  a) The government asserts the discovery associated with this case includes reports, photographs, and recordings. Discovery has been provided to counsel via previous counsel, Ms. Santos; however, out of an abundance of caution, the government will re-produce the entirety of its discovery to current counsel and/or make it available for review. The government is aware of

its ongoing discovery obligations.

  b) The government has previously provided a plea offer to defendant via prior counsel. However, after communication with current counsel, the government plans to provide an updated plea offer to include additional provisions with regard to sentencing.

  c) Current counsel, Richard M. Oberto, was recently appointed on April 22, 2022.

  d) Counsel for defendant desires additional time to consult with their client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial

  e) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant reasonable time to obtain successor counsel, would unreasonably deny the defendant continuity of counsel, and would deny successor counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2022 to December 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

///

///

///

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 2, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JESSICA A. MASSEY<br>JESSICA A. MASSEY<br>Assistant United States Attorney |
| Dated: August 2, 2022 | /s/ RICHARD M. OBERTO<br>RICHARD M. OBERTO<br>Counsel for Defendant<br>RAFAEL FLORES-DeLaRIVA |

### ORDER

IT IS SO ORDERED that the status conference is continued from August 10, 2022, to **December 14, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **August 4, 2022**                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE