PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00074-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RAFAEL FLORES-DeLaRIVA, | CURRENT DATE: August 9, 2023 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on August 9, 2023.

2. By this stipulation, defendants now move to continue the status conference until November 8, 2023, and to exclude time between August 9, 2023, and November 8, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. While the parties continue to anticipate that the case may resolve without a trial, this is not yet a certainty. If the parties have not resolved the matter prior to the next status conference, the parties will be prepared to set a trial.

4. Current counsel replaced the prior defense and government counsel, and have re-started the review, discussion, investigation and negotiation process as a result.

5. The parties agree and stipulate, and request that the Court find the following:

   a) The government asserts the discovery associated with this case includes reports,

Case 1:19-cr-00074-ADA-BAM   Document 99   Filed 08/03/23   Page 2 of 3

1    photographs, and recordings.  The government has provided a full reproduction of discovery to

2    current defense counsel.  The government is aware of its ongoing discovery obligations.

3          b)    The government has previously provided a plea offer.  The parties are in ongoing

4    negotiations re: the terms of that proposed agreement.

5          c)    Counsel for defendant desires additional time to consult with his client, to review

6    the current charges, to conduct investigation and research related to the charges, to review and

7    copy discovery for this matter, to discuss potential resolutions with his client, to consider

8    preparing pretrial motions, or to otherwise prepare for trial

9          d)    Counsel for defendant believes that failure to grant the above-requested

10   continuance would deny the defendant reasonable time to obtain successor counsel, would

11   unreasonably deny the defendant continuity of counsel, and would deny successor counsel the

12   reasonable time necessary for effective preparation, taking into account the exercise of due

13   diligence.

14         e)    The government does not object to the continuance.

15         f)    Based on the above-stated findings, the ends of justice served by continuing the

16   case as requested outweigh the interest of the public and the defendant in a trial within the

17   original date prescribed by the Speedy Trial Act.

18         g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

19   et seq., within which trial must commence, the time period of August 9, 2023 to November 8,

20   2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it

21   results from a continuance granted by the Court at defendant's request on the basis of the Court's

22   finding that the ends of justice served by taking such action outweigh the best interest of the

23   public and the defendants in a speedy trial.

24   6.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

25   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

26   must commence.

27

28      IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

Dated: August 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: August 2, 2023

/s/ RICHARD M. OBERTO
RICHARD M. OBERTO
Counsel for Defendant
RAFAEL FLORES-DeLaRIVA

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: **August 3, 2023**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE