RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Rafael Flores-De La Riva

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>RAUL GUTIERREZ-ORTEGA,<br>RAFAEL FLORES-De La RIVA,<br><br>*Defendants,* | No. 19-CR-00074<br><br>**WAIVER OF PERSONAL PRESENCE BY THE DEFENDANT RAFAEL FLORES-De Le RIVA PURSUANT TO FEDERAL RULES OF EVIDENCE, RULE 43(b)(3); ORDER** |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The defendant RAFAEL FLORES-De La RIVA ("Mr. Flores-De L Riva") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Flores-De L Riva hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3). Pursuant to this waiver, Mr. Flores-De L Riva requests that the court allow his interests to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Flores-De L Riva agrees notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Ms. Flores-De L Riva of the requirement of his personal presence.

///

///

DATED: 6/28/2023 */s/ Rafael Flores-De La Riva*
RAFAEL FLORES-De La RIVA
Defendant
*Original signature retained by*
*attorney Richard M. Oberto*

DATED: 6/30/2023 */s/ Richard M. Oberto*
RICHARD M. OBERTO
Attorney for Defendant
Rafael Flores-De La Riva
*Original signature retained by*
*attorney Richard M. Oberto*

## ORDER

**IT IS HEREBY ORDERED** that the personal presence of the defendant RAFAEL FLORES-De La RIVA is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43(b)(3).

IT IS SO ORDERED.

Dated: __August 7, 2023__       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE