1  RICHARD OBERTO
   ATTORNEY AT LAW
2  CA State Bar No. 247285
   516 W. Shaw Ave. Ste 200
3  Fresno, California 93704
   Telephone: (559) 221-2557
4
   Attorney for the defendant,
5  Rafael Flores-de la Riva

6

7             **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA, | ) No. 19-CR-00074 |
   |---|---|
11 | *Plaintiff*, | ) **STIPULATION TO CONTINUE** |
   |              | ) **CHANGE OF PLEA HEARING;** |
12 | v. | ) **ORDER** |
13 | RAFAEL FLORES-de la RIVA, | ) Hearing Date: 2/12/25 |
   |                           | ) Hearing Time: 9:30 A.M. |
14 | *Defendant*. | ) Courtroom: 4 |
   |              | ) Judge: Hon. Dale A. Drozd |

15 **TO THE ABOVE ENTITLED COURT:**

16     The parties hereby stipulate and agree to exclude time from the originally scheduled

17 hearing date (change of plea) of February 10, 2025, to the new hearing date of February 12,

18 2025. The basis for excluding time comes under 18 U.S.C. 3161(h)(1)(G), which allows

19 for justifiable "delay resulting from consideration by the court of a proposed plea

20 agreement to be entered into by the defendant and the attorney for the Government[.]" 18

21 U.S.C. 3161(h)(1)(G).

22

23 DATED: 2/6/2025          */s/Richard Oberto*
                            RICHARD OBERTO
24                          Attorney for the defendant,
                            Rafael Flores-de la Riva
25

26 DATED: 2/6/2025          */s/Kimberly Sanchez*
                            KIMBERLY SANCHEZ
27                          Assistant United States Attorney

28

1

**ORDER**

IT IS SO ORDERED that the change of plea hearing previously scheduled for February 10, 2025, be continued to **February 12, 2025, at 9:30 a.m. in Courtroom 4 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(G).

IT IS SO ORDERED.

Dated:   **February 6, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2