# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 1:19-CR-00074-NODJ-BAM |
| RAFAEL FLORES-DE LA RIVA | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2-12-2025

X *Rafael Flores*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

RICHARD OBERTO
*Printed name of defendant's attorney*

*Dale A. Drozd*
*Judge's signature*

Dale A. Drozd United States District Judge
*Judge's printed name and title*